## City of Fairfield, Appellee, v. Sexton Manufacturing Company, Appellant.

Heard in this court at October term, 1940; opinion filed May 31, 1941; rehearing denied July 31, 1941. C. Deneen Matthews, for appellant; Francis Feiger and Virgil W. Mills, for appellee. Opinion by JUSTICE CULBERTSON. "Not to be published in full."

## Charles Williams, Administrator of Estate of Daniel W. Davison, Deceased, Appellant, v. Marie A. Davison, Appellee.

### Gen. No. 9,658.

Heard in this court at February term, 1941; opinion filed July 9, 1941; rehearing denied August 2, 1941. Fort & Fort, for appellant; D. M. Gregg and GEORGE W. HUNT, for appellee. Opinion by PRESIDING JUSTICE WOLFE. "Not to be published in full."